No. 10–5121. CAMPOS v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 10–5122. MARTIN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–5123. COE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–5125. LIETZKE v. CITY OF MONTGOMERY, ALABAMA, ET AL. Sup. Ct. Nev. Certiorari denied. 

No. 10–5126. LARSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5127. VIOLENTE MUNDO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5129. PARKER v. PARKER ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–5131. TURPIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5132. WILSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5133. TAYLOR v. DAVIS, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 10–5136. PEREZ v. GEORGELIS ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–5137. CLINTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–5138. CARTAGENA, AKA MEJIA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–5139. CURRY v. WOLFENBARGER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–5140. RAMIREZ-ESQUEDA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.